UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE METROPOLITAN OPERA,

                    Plaintiff,

- against -

WEC INTERNATIONAL LLC, ITALIAN MUSIC CENTER, INC. d/b/a WORLD ENTERTAINMENT COMPANY, and GIORGIO BARBOLINI,

                    Defendants.

**ORDER**

19 Civ. 9668 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the show cause hearing currently scheduled for February 6, 2020 is adjourned to **February 20, 2020 at 10:45 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        It is further ORDERED that Plaintiff will serve a copy of this order on the Defendants by overnight mail on or before 5:00 P.M. on **January 31, 2020**, and will file with this Court a certificate of service.

Dated: New York, New York
       January 30, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge