UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE METROPOLITAN OPERA,<br><br>                      Plaintiff,<br><br>-against-<br><br>WEC INTERNATIONAL LLC, ITALIAN MUSIC CENTER, INC. d/b/a WORLD ENTERTAINMENT COMPANY, and GIORGIO BARBOLINI,<br><br>                      Defendants. | Civil Action No. 19-cv-9668-PGG<br><br>**DEFAULT JUDGMENT** |

This action having been commenced by the filing of a Summons and Complaint on October 18, 2019 (Dkt. 7), and true and correct copies of the Summons and Complaint having been served upon Defendants WEC International LLC, Italian Music Center, Inc. d/b/a World Entertainment Company, and Giorgio Barbolini ("Defendants"), by personal service and proof of service having been filed with the Court on November 4, 2019 (Dkts. 16, 17, 18), and said Defendants having failed to answer, appear, or otherwise defend in this action within the time permitted by law, and said default having been noted by the Clerk of this Court on January 8, 2020 (Dkt. 22), there is no just reason to delay the entry of a default judgment against Defendants.

NOW, on motion of Proskauer Rose LLP, attorneys for Plaintiff, by Howard Z. Robbins, Esq., it is:

**ORDERED AND ADJUDGED**, that Plaintiff, the Metropolitan Opera, have judgment against Defendants WEC International LLC and Italian Music Center d/b/a World Entertainment Company in the amount of $9,860,401.33, computed as follows: (a) $9,600,000, which is the amount of the License Fee owed by Defendants to Plaintiff; (b) $193,201.37 for accrued interest

on the License Fee; (c) $65,056.44 for attorneys' fees; and (d) $2,143.52 for costs; and

**FURTHER ORDERED AND ADJUDGED**, that Plaintiff, the Metropolitan Opera, have judgment against Defendant Giorgio Barbolini in the amount of $9,793,201.37, computed as follows: (a) $9,600,000, which is the amount of the License Fee owed by Defendants to Plaintiff; and (b) $193,201.37 for accrued interest on the License Fee.

Dated: New York, New York

     February 21    , 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge